

**LORAIN COUNTY COMMISSIONERS**

Michelle Hung     David J Moore     Jeff Riddell

**A G E N D A**
**LORAIN COUNTY BOARD OF COMMISSIONERS**

**MONDAY**
**JANUARY 9, 2023**
**9:30 A.M.**
**O R G A N I Z A T I O N A L   M E E T I N G**

**NOTICE:** THE COMMISSIONERS WILL BE LIVE STREAMING THE BOARD MEETING AT **LorainCounty.us/watch** AND **You Tube – Lorain County Commissioners**

**A.**     **RESOLUTIONS:**

#1.     Elect the President of the Board for the year 2023

#2.     Elect the Vice-President of the Board for the year 2023

#3.     Adopt Roberts Rules 12th edition as Parliamentary Procedures to be followed at all Board meetings during 2023

#4.     Investments

#5.     Appropriations

#6.     Transfers

#7.     Advances/Repayments

#8.     Requisitions

#9.     Travel

#10.     Bills

**B.**     **Public Comment:**     (Please limit comments to 3 minutes – thank-you)

**AA.**     **RESOLUTIONS**

#11.     Provide each Wednesday of each month at 9:30 AM as regular Board meeting days for 2023

#12.     Appoint Commissioner _____ as 9-1-1 Review Board Chairman

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357

www.LorainCountyOhio.gov




# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**  **David J Moore**  **Jeff Riddell**

Board agenda cont. 1/9/2023

#13. Appoint the President and/or Alternate to:
Safety Council – President / Alternate Commissioner Jeff Riddell;
Data Processing Board – President
Health Department Board – President / Alternate Commissioner Jeff Riddell
Solid Waste Policy Committee – President

#14. Appoint Marty Gallagher to a 4-year term to the Port Authority Board. Term effective January 1, 2023 and expires December 31, 2026

#15. Appoint Daniel S. Gross to a 4-year term to the Port Authority Board. Term effective January 1, 2023 and expires December 31, 2026

#16. Re-appoint John Novak to a 4-year term to the Port Authority Board. Term effective January 1, 2023 and expires December 31, 2026

#17. Authorize various personnel actions as indicated on the summary sheet for employees within the jurisdiction of the Lorain County Board of Commissioners (at the conclusion of today's Board meeting, the Commissioners may recess into an Executive Session to discuss: personnel/new hires)

#18. Adopt the 2023 general fund budget

#19. Enter into a Loan Agreement with the Lorain County Port Authority in the amount of $13.9 million to enable it to close on its purchase of real property consisting of approximately 57.86 acres in Elyria, Ohio and known as the Midway Mall and Sears Automotive properties for the purpose of holding, redeveloping and ultimately placing such Property back into productive service for the economic benefit of Lorain County. Funds available from General Fund account #_____

#20. Amend Lorain County health care plan to provide that all County employees and County Plan participants, regardless of their employer, shall be eligible to participate in the County Plan on date of hire by the County and that participation shall end (subject to legal continuation requirements) on the last day of the month in which a participant's employment with his or her current employer has ended, all effective on the date hereof.

#21. **911:**
Rescind Res#22-909, adopted December 21, 2022 entering into an agreement with Cleveland Communications, Inc. to provide goods and services for a public safety radio system on behalf of Lorain County 911 and will be paid from the Act#ARP capital equipment

#22. Rescind Res#22-910, adopted December 21, 2022 establishing a set aside of $4,033,542.97 subgrant for participating political subdivisions for the Lorain County public radio system to be paid from Acct#ARP other expenses

Page 2 of 4

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCountyOhio.gov




# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **David J Moore**     **Jeff Riddell**

Board agenda cont. 1/9/2023

### Community Development:
#23.	Rescind Res#22-913, adopted December 21, 2022 authorizing the Lorain County Board of Commissioners to enter into an agreement with Rudolph Libbe Inc. for community development services

### Sanitary Engineer:
#24.	Award & enter into a contract with Wharton Excavating LLC, W. Salem Ohio in the amount of $59,059.00 for the Plum Creek WWTP Surface Sand Filters Media & Underdrain Replacement project. 2 bids received on December 15 this being the most responsive complying with specifications. Issue a Notice to Proceed upon full execution of the contract authorizing work to begin on or around March 1, 2023 and completed on or before September 30, 2023; Authorize Administrator to notify Auditor to release retainage at completion of project and will be paid from Acct# Sanitary Capital Equipment

#25	Amend contract total with North Bay Construction for the Cresthaven Homes Wastewater Treatment Plant UV Disinfection Conversion from $145,695.00 to $170,105.60. Increase is due to additional work of cutting wier wall in chlorine tank and relocation and replacement of flow meter and will be paid from Acct#Sanitary Capital Equipment

### Solid Waste:
#26.	Approve the issuance of Waivers from Designation pursuant to a standard form of Waiver Agreement for 1 calendar year (March 1, 2022 – December 31, 2022) for Rumpke of Norther Ohio Inc., Broadview Heights, Ohio, Kimble Recycling & Disposal, Inc., Dover, Ohio, Waste Management of Ohio, Inc./Great Lakes Area., Pete and Pete Container Service Inc., Garfield Heights, Ohio, Legacy Waste & Recycling, Inc., Elyria, Ohio, 1-2-3 Disposal Incorporated, Norton, Ohio and Fabrizi Disposal, Inc., Middleburg Heights, Ohio

### Sheriff:
#27.	Receive & file annual report on fees due and unpaid for more than 1 year prior to January 1, 2023 in accordance with ORC 325.31 in the amount of $3,584,675.52

### Airport
#28.	Authorizing a matching grant Application be submitted to the Ohio Department of Transportation Office of Aviation for Fiscal Year 2023 Ohio Airport Grant Program to Rehabilitate Runway 7/25, Reconstruct Runway 7/25 Lighting, Install Vertical/Visual Guidance System, Reconstruct Airport Beacon, Reconstruct Airport Lighting Vault

### C:	Clerk's Report:
    #1.	Wednesday, January 18 at 9:30 a.m. – Commissioners Board meeting
    #2.	Thursday, January 19 at 9:30 a.m. – Landbank meeting
    #3.	Tuesday, January 24 at 9:30 a.m. – Stormwater Management District
    #4.	Tuesday, January 24 at 11:00 a.m. – Investment Advisory meeting
    #5.	Wednesday, January 25 at 9:30 a.m. – Commissioners Board meeting

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCountyOhio.gov




# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **David J Moore**     **Jeff Riddell**

---

Board agenda cont. 1/9/2023

**D:**     **Board Correspondence:**

#1. January 10 at 5:00 pm., Business After Hours at Whiskeyville Golf Club, 9488 Leavitt Road, Elyria register at www.loraincountychamber.com

#2. Publications: "Counties Current," "CCAO Statehouse reports,"; "4H Clover Communication; "NACO news"; "American Agriculturist"

#3. Sheriff in compliance with ORC 311.20 monthly itemized account of actual cost of keeping and feeding prisoners and other persons placed in his charge for November was 42,807 meals served at a cost of $1.78

#4. January 25 at 9:00 am, Lorain County Chamber of Commerce New Member Orientation, Desich Entrepreneur Center, Room 132, 151 Innovation Drive, Elyria – register at www.loraincountychamber.com

Page 4 of 4

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCountyOhio.gov