# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CLEVELAND COMMUNICATIONS, INC.,** | |
| Plaintiff, | CASE NO: 1:23-cv-1561 |
| vs. | UNITED STATES DISTRICT JUDGE CHARLES ESQUE FLEMING |
| **LORAIN COUNTY BOARD OF COMMISSIONERS, et al.** | |
| Defendants. | |

## NOTICE OF DEFENDANTS' CORRECTED FILING OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (DOC.13)

Defendants hereby notify the Court of an error in Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint filed on January 8, 2024 (Doc. 15) (the "Opposition"). On page 5 of the Opposition, Defendants inadvertently referred to the County's current consulting firm as "Mission Critical Partners" instead of "MCM Consulting Group, Inc."

This error does not substantively change Defendants' Opposition and does not prejudice Plaintiff's potential reply. Accordingly, Defendants respectfully request that the Court accept Defendants' Corrected Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint.

Respectfully submitted,

*/s/ Matthew A. Dooley*
Matthew A. Dooley (0081482)
Ryan M. Gembala (0079431)
Patrick M. Ward (0095420)
Stephen M. Bosak, Jr. (0092443)

> Michael R. Briach (0097986)
> DOOLEY, GEMBALA, McLAUGHLIN
> & PECORA CO., LPA
> 5455 Detroit Road
> Sheffield Village, Ohio 44054
> Tel: (440) 930-4001
> Fax: (440) 934-7208
> Email: mdooley@dooleygembala.com
> rgembala@dooleygembala.com
> pward@dooleygembala.com
> sbosak@dooleygembala.com
> mbriach@dooleygembala.com
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Matthew A. Dooley*

2