# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND COMMUNICATIONS, INC., | ) | CASE NO.  1:23-cv-1561 |
| | ) | |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| LORAIN COUNTY BOARD OF COMMISSIONERS, *ET AL.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE
## MOTION TO CONDUCT LIMITED PRE-CONFERENCE DISCOVERY OF
## DEFENDANT JEFFREY ARMBRUSTER
## UNDER SEAL

NOW COMES, Plaintiff Cleveland Communications, Inc., by and through the undersigned counsel, and hereby moves for leave to file its Motion to Conduct Limited Pre-Conference Discovery on Defendant Jeffrey Armbruster (the "Motion") under seal pursuant to Local Rule 5.2.  The Motion references and relies on sensitive personal health information related to Defendant Armbruster.

Respectfully submitted,

/s/ *Allen T. Carter*
Edmund W. Searby (0067455)
McDaniel M. Kelly (0097628)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7201
Email: esearby@porterwright.com
        mkelly@porterwright.com

Allen T. Carter (0085393)

Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
Phone: 614.227.2000
Fax: 614.227.2100
Email: acarter@porterwright.com

Dean DePiero (0063629)
DEPIERO LAW
5546 Pearl Road
Parma, Ohio 44129
Phone: 440-884-2400
Email: DEPIEROLAW@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Allen T. Carter*
One of the Attorneys for Plaintiff