IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND COMMUNICATIONS, INC., | ) ) ) | CASE NO. 1:23-cv-1561 |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LORAIN COUNTY BOARD OF COMMISSIONERS, *ET AL.*, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE**
**MOTION TO CONDUCT LIMITED PRE-CONFERENCE DISCOVERY OF**
**DEFENDANT JEFFREY ARMBRUSTER**
**UNDER SEAL**

NOW COMES, Plaintiff Cleveland Communications, Inc., by and through the undersigned counsel, and hereby moves for leave to file its Motion to Conduct Limited Pre-Conference Discovery on Defendant Jeffrey Armbruster (the "Motion") under seal pursuant to Local Rule 5.2. The Motion references and relies on sensitive personal health information related to Defendant Armbruster.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: May 28, 2025

Respectfully submitted,

/s/ *Allen T. Carter*
Edmund W. Searby (0067455)
McDaniel M. Kelly (0097628)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7201
Email: esearby@porterwright.com
         mkelly@porterwright.com

Allen T. Carter (0085393)