**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **CLEVELAND COMMUNICATIONS, INC.,** | CASE NO. 1:23-cv-1561 |
| Plaintiff, | UNITED STATES DISTRICT JUDGE CHARLES ESQUE FLEMING |
| vs. | |
| **LORAIN COUNTY BOARD OF COMMISSIONERS, et al.** | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO CONDUCT LIMITED PRE-CONFERENCE DISCOVERY ON DEFENDANT JEFFREY ARMBRUSTER UNDER SEAL**

Defendants hereby move the Court for leave to file their response to Plaintiff's Motion to Conduct Limited Pre-Conference Discovery on Defendant Jeffrey Armbruster (Doc. 32) under seal pursuant to Local Rule 5.2. Defendants' Opposition responds to CCI's allegations regarding the sensitive personal health information related to Jeffrey Armbruster. The Court previously permitted the filing of CCI's Motion under seal, and Defendants request that their Opposition also be filed under seal.

Respectfully submitted,

GEMBALA, McLAUGHLIN
& PECORA CO., LPA

By:    /s/ Stephen M. Bosak
      Ryan M. Gembala (0079431)
      Scott J. Orille (0069192)
      Patrick M. Ward (0095420)
      Stephen M. Bosak, Jr. (0092443)
      5455 Detroit Road
      Sheffield Village, Ohio 44054
      Tel:     (440) 930-4001
      Fax:    (440) 934-7208
      Email:   rgembala@gmpfirm.com

sorille@gmpfirm.com
pward@gmpfirm.com
sbosak@gmpfirm.com
*Counsel for Defendants*