**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CLEVELAND COMMUNICATIONS, INC.,** | CASE NO. 1:23-cv-1561 |
| Plaintiff, | UNITED STATES DISTRICT JUDGE CHARLES ESQUE FLEMING |
| vs. | |
| **LORAIN COUNTY BOARD OF COMMISSIONERS, et al.** | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO
PLAINTIFF'S MOTION TO CONDUCT LIMITED PRE-CONFERENCE
DISCOVERY ON DEFENDANT JEFFREY ARMBRUSTER UNDER SEAL**

Defendants hereby move the Court for leave to file their response to Plaintiff's Motion to Conduct Limited Pre-Conference Discovery on Defendant Jeffrey Armbruster (Doc. 32) under seal pursuant to Local Rule 5.2. Defendants' Opposition responds to CCI's allegations regarding the sensitive personal health information related to Jeffrey Armbruster. The Court previously permitted the filing of CCI's Motion under seal, and Defendants request that their Opposition also be filed under seal.

Respectfully submitted,

GEMBALA, McLAUGHLIN
& PECORA CO., LPA

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: June 3, 2025

By:  /s/ Stephen M. Bosak
Ryan M. Gembala (0079431)
Scott J. Orille (0069192)
Patrick M. Ward (0095420)
Stephen M. Bosak, Jr. (0092443)
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel:      (440) 930-4001
Fax:      (440) 934-7208
Email:    rgembala@gmpfirm.com