IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND COMMUNICATIONS, INC., | CASE NO. 1:23-cv-1561 |
| | JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | |
| vs. | |
| | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| LORAIN COUNTY BOARD OF COMMISSIONERS, *ET AL.*, | |
| Defendants. | |

NOW COMES, Plaintiff Cleveland Communications, inc., by and through the undersigned counsel, and hereby moves for leave to file under seal the Reply Brief in Support of Plaintiffs' Motion to Conduct Limited Pre-Conference Discovery, pursuant to Local Rule 5.2. The Reply references and relies on sensitive personal health information related to Defendant Armbruster. The Court previously granted relief to Plaintiff and Defendants to file the related briefing under seal.

Respectfully submitted,

/s/ *Allen T. Carter*
Edmund W. Searby (0067455)
McDaniel M. Kelly (0097628)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7201
Email: esearby@porterwright.com
          mkelly@porterwright.com

Allen T. Carter (0085393)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
Phone: 614.227.2000
Fax: 614.227.2100
Email: acarter@porterwright.com

Dean DePiero (0063629)

                                                DEPIERO LAW
                                                5546 Pearl Road
                                                Parma, Ohio 44129
                                                Phone: 440-884-2400
                                                Email: DEPIEROLAW@gmail.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                              */s/ Allen T. Carter*
                                              One of the Attorneys for Plaintiff