# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CLEVELAND COMMUNICATIONS, INC., | CASE NO. 1:23-cv-1561 |
| Plaintiff, | JUDGE CHARLES ESQUE FLEMING |
| vs. | |
| LORAIN COUNTY BOARD OF COMMISSIONERS, *ET AL.*, | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| Defendants. | |

NOW COMES, Plaintiff Cleveland Communications, inc., by and through the undersigned counsel, and hereby moves for leave to file under seal the Reply Brief in Support of Plaintiffs' Motion to Conduct Limited Pre-Conference Discovery, pursuant to Local Rule 5.2. The Reply references and relies on sensitive personal health information related to Defendant Armbruster. The Court previously granted relief to Plaintiff and Defendants to file the related briefing under seal.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: June 5, 2025

Respectfully submitted,

/s/ *Allen T. Carter*
Edmund W. Searby (0067455)
McDaniel M. Kelly (0097628)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7201
Email: esearby@porterwright.com
       mkelly@porterwright.com

Allen T. Carter (0085393)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
Phone: 614.227.2000
Fax: 614.227.2100
Email: acarter@porterwright.com

Dean DePiero (0063629)