

# LORAIN COUNTY COMMISSIONERS

Exhibit B

**Marty Gallagher     David J Moore     Jeff Riddell**

---

**A G E N D A**
**LORAIN COUNTY BOARD OF COMMISSIONERS**
**TUESDAY, AUGUST 12, 2025**
**3:30 P.M.**

NOTICE:    THE COMMISSIONERS WILL BE LIVE STREAMING THE BOARD MEETING <u>You Tube – Lorain County Commissioners</u>

**A.**   **RESOLUTIONS:**
#1.   Investments

#2.   Appropriations

#3.   Transfers

#4.   Advances/Repayments

#5.   Requisitions

#6.   Travel

#7.   Bills

#8.   County Commissioners may recess into executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, along with any other matters as specifically identified by motion in accordance with ORC 121.22(G)(1-8). Unless expressly stated otherwise during executive session, matters discussed in executive session are designated by the County Commissioners as confidential. Because the confidentiality of such matters is necessary for the proper conduct of government business, any disclosure outside of executive session is prohibited by ORC 102.03(B). While in executive session, the County Commissioners may discuss and deliberate on the matters at issue, but no votes may be taken until open session resumes.

**B**   **Public Comment on Agenda Items:** (Please limit comments to 2 minutes - Thank-you)

**C**   **Old Business:**

**D.**   **Board Business:**
#9   Approve & waive the reading of the County Commissioners meeting minutes of August 1, 2025

#10.   Authorize the Board of Commissioners to terminate the lease agreement between the Board and Cleveland Communications, Inc., for space on a tower at 225 Burns Road, Elyria. There is an automatic renew for a subsequent two-year term on October 20, 2025 and County intends for the Lease Agreement to be terminated pursuant to Section 7 and provides this 60 days written notice

**Community Development:**
#11   Approve the CDBG PY25 Application Submission to the Ohio Department of Development in the amount of $750,000 for CDBG Residential Public Infrastructure Grant. The required local match of $750,000 will be paid by Sanitary Engineers fund and this projects will be for Sheffield Township Rolling Heights Sewer Line Project Phase 1.

Page 1 of 4

| Administration Building | 226 Middle Avenue. 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357 |

www.LorainCountyOhio.gov



# LORAIN COUNTY COMMISSIONERS

**Marty Gallagher        David J Moore        Jeff Riddell**

Board agenda cont. 08/12/25 cont.

**EMA:**

#12  Approve Change Order #1 in the amount of $71,683.00 to Williams Brothers Builders, Inc. for additional work for the Lorain County Office of Emergency Management project to include separate fire alarm services and electrical services, additional duplex receptacles, relocate roof drain piping, supply and program, use curb adapters in lieu of new roof curbs for new rooftop HVAC units, engage outside testing agency for various inspections and additional excavation and concrete to be paid from Acct#Capital Improvements

**Children Services:**

#13  Appoint Deborah L. Ortner to the Lorain County Children Services Board, effective August 16, 2025 – August 15, 2029

**Engineer:**

#14  Authorize ODOT to review and approve a posted speed limit of 35 MPH for Butternut Ridge Road (TR-12) from the cul-de-sac 0.74 miles west of Durkee Rd (SLM 4.98) to the Durkee Rd intersection (SLM 5.72) as warranted by the Speed Zone Study performed by the Lorain County Engineer's Office in May of 2025.

#15  Award and enter into a contract with Denes Concrete Inc of Wellington in the amount of $176,497.00 for the Stewart Road Culvert #0242 Replacement Project. 5 bids were received on July 21, this being the most responsive complying with specifications. Work consists of removing an existing metal pipe arch and installing a 10' x 7' reinforced concrete box culvert, wingwalls and pavement replacement. Notice to proceed will be issued upon full execution of contact and complete on or before December 1, 2025. Authorize Administrator to notify Auditor to release retainage at complete of project.  $176,497 will be paid from Acct#Eng proj and Stormwater Management District will reimburse Engineer's Office for 50% of the project costs, up to $88,248.50, upon completion

#16.  Award and enter into a contract with Denes Concrete Inc of Wellington, in the amount of $218,911.50 for the Neff Road Bridge #0191 Replacement Project. 5 bids were received on July 21, this being the most responsive complying with specifications. Work consists of removing an existing reinforced concrete bridge and installing a 10' x 6' reinforced concrete box culvert, wingwalls and pavement replacement. Notice to proceed will be issued upon full execution of contact and complete on or before December 1, 2025. Authorize Administrator to notify Auditor to release retainage at complete of project.  This will be paid from the Acct#Eng proj

#17.  Authorize County Engineer to enter into an LPA Federal Local-Let Project Agreement with ODOT for the Sugar Ridge Road Bridge Replacement Project, North Ridgeville. Estimated cost of the Preliminary and Final Design Engineering is $200,000 and federal funding would be made available at 100% in State FY26. Estimated cost of the construction including construction engineering is $866,700 and federal funding would be made available at 95% in State FY29.

**MHARS:**

#18.  Amend Res#25-521, adopted August 1, 2025 appointing Mike Babet, Michele Flanagan and Thomas Lumsden as members to Lorain County Mental Health, Addiction, Recovery Services Board (MHARS). Appointment was August 1, 2025-July 31, 2029. Amendment is to reflect the correct appointment is retroactive to August 1, 2025 – June 30, 2029.

| Administration Building | 226 Middle Avenue. 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357 |
|---|---|---|---|---|

www.LorainCountyOhio.gov



# LORAIN COUNTY COMMISSIONERS

Marty Gallagher    David J Moore    Jeff Riddell

---

Board agenda cont. 08/12/25 cont.

**Prosecutor:**

#19  Authorize President of the Board to execute the participation agreement with Sandoz Settlement as part of the ongoing National Opioid Settlement Agreement.

#20  Authorize President of the Board to execute the participation agreement with Purdue Sackler as part of the ongoing National Opioid Settlement Agreement

**Treasurer:**

#21  Awarding contracts to eligible financial institutions to be designated as "Depositories of Active and Inactive Monies of Lorain County pursuant to Ohio Revised Code Section 135.02 through 135.23 For a period of August 23, 2025 through August 22, 2029

**Sheriff:**

#22  Authorize Landscape Services at Sheriff's Office, to be performed by Alvarado Landscaping in the amount of $13,810.44

**E**  **County Administrator Update:**

**F.**  **Clerk's Report:**

**G:**  **Board Correspondence:**

#1.  Publications: "CCAO statehouse reports"; "LCCAA Mission Moment"; "Counties Current"; "Ohio Turnpike Customer Connection"; "American Agriculturalist"; "County Leader"; "

#2.  Sheriff in compliance with ORC 301.27 estimates Sunoco credit card for June was $400

#3.  TWG GP V, LLC plans to be general partner or managing member of residential rental development for Castle Creek a 120 unit new construction multifamily at 441 Griswold Rd., Elyria and will utilize 4% housing tax credit program w/OLIHT

#4.  LaPorte United Methodist Church celebrating 200th anniversary of Serving God Faithfully as a Family on September 13-14, 20225

#5.  August 19 at 9 am., Holiday Inn Express & Suite, Elyria – Coffee Tea & Contacts. Register at www.loraincountychamber.com

#6  Sheriff in compliance with ORC 301.27 actual cost of keeping/feeding prisoners in his charge for July were 35,462 meals served at cost of $1.40-$3.15

#7.  County Engineer issued various highway use permits:
#25-4295, Columbia Gas/Infrasource, Columbus replace gas service line on north side of Roosevelt Ave +-235 ft east of Oakwood Blvd to service between 2107 and 2127, no open cut, Sheffield Township
#25-4299, TC Energy, LeRay, WV mitigate a shorter casing of existing pipeline by flushing casing and filling with wax excavation on both ends of casing, no open cut of pavement, Wellington/Penfield

| Administration Building | 226 Middle Avenue. 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357 |

www.LorainCountyOhio.gov



# LORAIN COUNTY COMMISSIONERS

Marty Gallagher    David J Moore    Jeff Riddell

Board agenda cont. 08/12/25 cont.

#25-4301, Columbia Gas/Infrasource, Columbus repair gas service line on north side of Elyria Ave +-98 ft east of Dunton Rd to service house #4597, no open cut, Sheffield Township

#25-4302, Columbia Gas/Infrasource, Columbus replace gas service line on west side of Edgewood Dr +-237 ft south of Meadowbrook Dr to service house ##64, no open cut, Carlisle Township

#25-4303, Columbia Gas/Infrasource, Columbus replace gas service line on east side of Baumhart Rd +-790 ft south of N Ridge Rd to service house #7677, no open cut, Brownhelm Township

#25-4304, Pearce Service/Frontier, Paso Robles, CA place service drop of total length 100' along the ROW of Brokaw Rd by plowing at depth of 36" to serve house #33722, no open cut, Eaton Township

#25-4305, Columbia Gas/Infrasource, Columbus replace 1,171' of 3" and 4" & 6" bare steel gas main and install 1,267" 4" & 6" plastic gas main, via open cut with Township approval, no open cut of pavement, Sheffield Twp

#25-4037, Columbia Gas/Infrasource, Columbus install 1" gas service line on east side of Merriment Dr +-50 ft south of Myla Way to service house #2413, no open cut, Amherst Township

#25-4308, Columbia Gas/Infrasource, Columbus replace gas service line on south side of Sprague Rd +-189 ft east of Colfax Rd to service house #23603, no open cut, Columbia Township

#25-4309, Columbia Gas/Infrasource, Columbus install 1" gas service line on north side of Marshcreek Way +-157 ft southwest of Trillium Ct to service house #23437, no open cut, Columbia Township

#25-4310, Columbia Gas/Infrasource, Columbus install 1" gas service line on north side of Marshvreek Way +-227 ft southwest of Trillium Ct to service house #23433, no open cut, Columbia Township

#25-4311, Columbia Gas/Infrasource, Columbus install 1" gas service line on south side of Middle Ridge Rd +-580 ft west of Quarry Rd to service house #48115, no open cut, Amherst Township

#25-4312, Columbia Gas/Infrasource, Columbus repair gas service line on south side of River Glen Dr +-460 ft west of Hwy 252 to service house #24827, no open cut, Columbia Township

#8.   Dr. Ruby Beil resigned from Keep Lorain County Beautiful

#9.   Chamber Champions Honors Our Heros, Supporting Their Families and praying for all the men and women of the Lorain Police Department and the tragic and senseless loss of Lorain Police Officer Phillip Wagner and the injuries sustained by Officers Brent Payne and Peter Gale on July 24.

#10.  August 20 at 1pm., Ava Hopkins, Market Sheep – Meat Chickens, Lorain Cunty Fair, Wellington www.bwfinaldrive.com

**H**    **New Business:**

**I**    **Public Comment:  (Please limit comments to 2 minutes - Thank-you)**

| Administration Building | 226 Middle Avenue. 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357 |

www.LorainCountyOhio.gov