Subscribe   Exhibit C

All Access PLUS The Plain Dealer Online Newspaper – Start Today for $1

NEWS

# 'Left in the dark': First responders sound alarm as Lorain County ends Cleveland Communications radio lease

Updated: Aug. 20, 2025, 12:02 a.m. | Published: Aug. 19, 2025, 2:45 p.m.



Major construction surrounding the switch to MARCS — new towers, shelters, fencing and electrical work —should be finished by the end of August, with equipment installation and testing in September and October.   Getty Images

By **Hannah Drown, cleveland.com**

ELYRIA, Ohio — Lorain County Commissioners voted last week to end their lease with Cleveland Communications Inc. — the latest flashpoint in a two-year fight over how first responders in the county communicate and the county's transition to the Ohio MARCS radio system.

Advertisement

**T-Mobile Deploys 5G, Drones, and AI …**

T-Mobile | Sponsored                    Go To Quiz

It started in December 2022, when Lorain County Commissioners approved a $7.7 million contract with CCI, a plan backed strongly by fire and police chiefs as well as the sheriff's office. After a new slate of commissioners took office in 2023, however, the board voted to rescind the deal, arguing it had not been properly bid. Instead, they chose to join the Ohio MARCS system, a move projected to cost the county more than $17 million over 20 years, but with the state covering $10 million in maintenance and upgrades through 2044, according to The Chronicle-Telegram.

That reversal sparked backlash from police and fire leaders throughout the county and a lawsuit from CCI that remains active today. Chiefs say the Ohio MARCS system — built largely on Motorola equipment — is less reliable inside buildings than the CCI system, according to The Chronicle-Telegram. However, the county contends the switch will ultimately save taxpayers $15 million and deliver a superior system.

Those tensions resurfaced at last week's Lorain County Commissioners meeting. Sheffield Police Chief William Visalden, who is also president of the Lorain County Chiefs of Police Association, warned that he had heard "serious concern" in recent days that the tower serving local agencies could be dismantled.



**The Afternoon Update**

WEEKDAYS 3 P.M.

Get an update on what's happening in Northeast Ohio, including news, business, sports, entertainment, and obituaries, every weekday afternoon.

Email

**Sign Up**

By signing up, you agree to our user agreement (including the class action waiver and arbitration provisions), and privacy policy.

"It directly affects Sheffield Village, Sheffield Lake, Lorain and Elyria," Visalden said. "I understand, and we understand, that you guys are in control of that, however, we would like to have some conversations."

Visalden added that police and fire leaders feel "left in the dark" about decisions that could impact the safety of residents, law enforcement officers and first responders.

Commissioner Jeff Riddell tried to calm fears, stressing the tower isn't being torn down and service won't be interrupted during the transition. He said the 60-day termination notice was procedural ahead of the Oct. 20 contract renewal deadline.

"This is part of implementing and getting ready to put into operation the MARCS system," Riddell said. "We are not tearing the tower down and at this point we are not interrupting the service, but the vendor knew this day was coming and he had an obligation to his customers to provide a plan B, so we assumed that he's doing that."

**RECOMMENDED**

**Why the Lorain County Sheriff asked commissioners to reject funding for his own office** Aug. 18, 2025, 1:28 p.m.

**'County government is not exempt': Lorain County grapples with soaring Ohio Edison bills** Aug. 19, 2025, 1:41 p.m.

Lorain County issued a press release last week about the county's switch to the Trunked Radio System through Ohio MARCS. It detailed major construction — new towers, shelters, fencing and electrical work —that should be finished by the end of August, with equipment installation and testing in September and October. Public safety agencies will be invited to take part in in-building field testing to confirm coverage and system performance.

CCI, meanwhile, asked for a sit-down with commissioners, to discuss a possible contract extension, just 90 minutes before the commissioners' meeting began. Riddell said that it was too early to predict the outcome of those talks.

**If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.**



## Around the Web

### The 1 Household Item That Visibly Tightens Saggy Skin

Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)

**Beverly Hills MD** | Sponsored

Learn more

### 2 Insane Cards Now Charging 0% Intro APR Until Nearly 2027

With no annual fee and 0% intro APR until nearly 2027, these cards are helping Americans pay off debt in record time

**CompareCredit** | Sponsored

### August 2025: 'Liquid Adderal' Is Now Sold Online In Ohio

"One Drop makes me so productive, I get a days work done in 3 hours"

Health Headlines | Sponsored

Buy Now

### Tiger Woods's Net Worth Makes the Headlines

**Littlefries** | Sponsored

Learn More

### MD: Lotions Won't Tighten Crepe Skin! You Only Need This 1 Drugstore Item

**Miami MD** | Sponsored

Learn More

### 9 out of 10 iPhone Users Didn't Know They Could Do This

**Securitytipsonline.com** | Sponsored

### Here's The Estimated Cost of a 1-day Gutter Guards Installation

**HomeBuddy** | Sponsored

Click Here

### Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

Shocking results without diets or lifestyle changes

**Health Advice Today** | Sponsored

### Thousands Are Ditching Their Hearing Aids for This Game-Changer

See why audiologists are calling it a breakthrough in hearing technology.

**hear.com** | Sponsored

### Why Seniors Call This $2 Morning Ritual 'Liquid Adderal'

"One Drop makes me so productive, I get a days work done in 3 hours"

**Health Headlines** | Sponsored

Buy Now

### Neuroscientist Andrew Huberman Recommends: 5 Books For Turning Your Life Around

American neuroscientist and podcaster Andrew Huberman is known for his deep, curious conversations with thought leaders. These …

**Blinkist: Andrew Huberman's Reading List** | Sponsored

### Dermatologist: Just Add 1 Drop Of This Household Item To Any Dark Spot And Wait 3 Minutes

**skincaresecrets.us** | Sponsored

Learn More

### Former WEWS meteorologist Mark Johnson lands new job with WKYC's parent company

cleveland.com

### Late-night TV legend's former wife dies

cleveland.com



▸ **About Us**

▸ **Subscriptions**

▸ **Already a Subscriber**

▸ **Cleveland.com Sections**

▸ **Mobile**

▸ **Your Regional News Pages**

▸ **More on Cleveland.com**

▸ **Follow Us**

Privacy Policy   |   User Agreement   |   ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.