


# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **David J Moore**     **Jeff Riddell**

## A VENDOR CROSSES THE LINE

There has been so much misinformation spread about radios it is really hard to simplify what is really at stake here. As we have seen over history, it always comes down to one thing....money.

It is a sad day when a vendor engages the Union's and Chiefs to do their dirty work as we seen these past 13 months. Emails have proven this to be true. CCI's primary goal is delay and denigration, seeking to sully the Board's reputation and obtain surrender through relentless political pressure. This information is based on January 8, 2024, opposition filing in federal court. During the 2022 campaign Commissioner Riddell ran on the fact the process led to a sole-bid multi-million dollar contract and the end product was not in the best interest of the county.

Under CCI's proposal, the county would never own the antennas, towers or other infrastructure comprising of the system. Instead the county would pay uncapped fees (a blank check) to lease access to the infrastructure, which would be owned by CCI. CCI made no firm commitments to build the underlying infrastructure, nor did it guarantee function ability or accessibility. CCI made no promises regarding the future cost to access its private network, which would remain at their whim. CCI is a classic middleman making a profit off the sale of other companies' products.

Knowing that CCI planned to own and control the county's emergency radio communication system, and was price gouging the county for the radios. The county rescinded its approval of the CCI proposal on January 9, 2023. This was met with relentless criticism from a few safety forces, who were told by CCI that only the L3 Harris radios would solve their communication needs.

Against this backdrop, CCI attempted to appeal the decision in Lorain Common Pleas Court. The court dismissed the appeal, and CCI later voluntarily dismissed its remaining breach of contract claim after facing a hard deadline to disclose its alleged lost profits. The company then immediately filed this case alleging the same facts but attempting to create a false sense of illegality by adding extravagant and yet meritless RICO and constitutional claims.

As the county proceeded to defend the taxpayers from these meritless claims and in doing so protecting taxpayers from millions of dollars wasted, CCI has been going door to door selling its L3 Harris radio to local agencies still promising that the technology is far superior to any alternative. Setting aside the fact that CCI's promises miss the mark, any P25 compliant radio will function on a MARC's system.

And while a few safety forces parrot CCI's claims that the MARC's system is ineffective, there is simply no evidence to support such contention, especially when it is used by 90% of Ohio counties.



# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **David J Moore**     **Jeff Riddell**



---

Now CCI has sold more radios in the last year then it originally expected, it still has no plans to build the underlying infrastructure.

As a small company led by a single person, CCI likely always lacked the financial liquidity to bond such a large product, and therefore focused solely on its role as a radio storefront and not a communications network provider. Put another way, CCI paints itself as a victim to hide from its inability to deliver on its own promise.

CCI's tactics prove the county's initial concern that not only is CCI incapable of constructing and supporting the infrastructure, but it would also have been a detrimental partner in the county's efforts to protect its citizens.

Rather than weaponizing a few of our safety forces and promoting a false narrative, CCI should be echoing the fact that L3 Harris radios will function seamlessly on the new county's system.

CCI is not litigating this case because it cares about what is best for our safety forces and the county taxpayers; it cares only about its ability to charge uncapped fees to access a private (not public) emergency communication system.

As I stated in the beginning, it's always about money.

Yours in service.

*David J. Moore*
David J. Moore
Lorain County Commissioner

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCountyOhio.gov