Exhibit G

**Lorain County Commissions Regular Board Meeting**
**Friday, August 15, 2025**
**Public Comments of Commissioner David J. Moore**

In regard to our Tuesday meeting, it's, you know, unfortunately there's a reason why and I'm a huge newspaper fan. You know, I do like the papers here, especially our County. But I consider what happened on Wednesday morning, a complete hit piece on the three of us.

This is not prepared.  This is just me sitting up here after Brian brought up it up in his public comments.  And because of the misinformation that continues to be spread around, um, I will be producing something, probably in the next 30 days, that will identify and hopefully clearly state the abuses that people like myself for four years, that Jeff has taken for two years, and Marty has been lucky not to engage in.

Fortunately for us, we had about 15 people attend.  These are city employees that were in attendance that represented fire and police.  And if you noticed and everyone wondered why they did not speak, I was informed that the vendor that has been suing us for the last two and a half years told them to stand down, which is good because our prosecutor and our sheriff is talking to them, and the vendor, and we will be working on a very civil separation from our tower on Burns Road.  As you can tell, I'm being careful in how I word what I say.

But the fact of the matter is that the hit piece, and the reason I call it a hit piece is because when you take facts that the contract that Jeff Riddel and I rescinded has nothing to do with what we did.  We rescinded buying 1,049 radios at $5,800 a piece and then some consoles.  That was $7.7 million.  The way it was reported, they made it look like that we turned that down and went with a $14 million system.  Again, that is false.  What we did is we cancelled—we rescinded the resolutions, went out to bid because the responsibility of this Board is infrastructure. Not buying anybody's favorite radios for municipalities or townships.  That's not our responsibility.  Our responsibility is similar to the engineer's office, which is developing your roads.  I'm not telling you what kind of car to buy.  That administration was booted out of office in D.C., just as a side note.  I'm not telling you what kind of car to buy.  We're not telling you what kind of radio to buy.  What was important to me for four years, and I've been consistent for four years is that I wanted interoperable infrastructure so that you could be inside these antiquated buildings that do not have internet or that may when power shuts off have no internet, I wanted a system that would protect our first responders with any radio that they choose.  Fire likes Harris.  Police like

Kenwood.  Johnson.  Motorola.  EMS.  Everyone has their favorite radio.  But at the end of the day, what matters the most, is that when you push that button you could communicate.

And the system that costs $28 million is what we went with and it went out to bid and L3 Harris did not bid.  I wanted to go with Vasu, who was a local company who teamed up with Johnson.  They were only $500,000 more.  But what had happened was the State of Ohio stepped up and said that if you use the State of Ohio's MARCS program, we'll pitch in another $15 million.  We used ARPA funds of $13 million from the Federal government to build a world class infrastructure, so that each and every community in our county can pick and choose whatever radio and whatever vendor they want.   That is not how it's being reported.  I have been dealing with this for four years with misinformation.  And the more and more that we see and hear and the truth continues to come out, its looking like this Board was right.  We built an infrastructure that is going to be world class.  And guess what, 78 other counties of the 88 have this system.  Now you want to buy any radio that you want, that's fine.  They will be able to use our system so that they will be protected.  It is our job to provide the infrastructure, and we did that.  We took a lot of heat.  We knew that we were right, and we have proven that we were right.

Now, if you, there was promises I look the more history that we dig in, the more these lawsuits come out, the more we read, the more we learn about the political incest that was going on, the more you find out this got muddied right up and became a political hot button.  But I'd like to thank the fact that 136 more people voted for Jeff Riddel.  We saved over $22 million of your tax dollars.  And it doesn't stop there.  We're going to continue to provide these type of services.  As we look, as you hear earlier, as I talked to Mr. Greenspan and Armbruster, we're looking at every aspect to save every penny that we can.  Because more and more we are being taxed heavier and more and more we're trying to make sure that when we spend your money, we're getting reimbursed.  We're getting it from the feds.  We're getting it from the state.  Because as our job is, we are the budget authority and we're responsible for the infrastructure of this county.  And I am very proud of our team who has taken also a lot of unnecessary hits and misinformation because they politicized it. It didn't work.  It complicated the issue.

The bottom line is that I'm looking forward to having this whole county safe.  Any inferences of the other is just propaganda.  I'm also happy that the vendor who went to, who we were winning in state court, saw that we were winning in state court, dismissed their lawsuit, and filed RICO in Federal court, and has done nothing for two and a half years. No discovery. No depositions. *Nothing*.  They were hoping I'd lose, but guess what happened.  We had our right to say as we move forward to bring a world class system to Lorain County, we had the right and but we thought we could have waited.  We didn't.  We

wanted to give CCI enough time to say we are moving forward.  We want you to have enough time to move on.  And they panicked.  And they knew this was coming.  They didn't really panic.  They called up the prosecutor and the sheriff.  They all worked it out.  They approached us.  And with Lee's help, it's going to get resolved.  We're going to be amicable.  I mean I'm telling you right now this is not as rough as everybody thinks, as it seems.  We're all, even with the abuse we take, we don't care.  What's best for the community is what we're going to do.

      And if you want to use a private system, that's fine.  There's more changes coming next year.  But the bottom line is we did the right thing.  And the bottom line is it's going to be beneficial for the whole county.  And eventually what you're seeing in Cuyahoga County, with Bay Village, they're combining their 911.  They are moving into that way.  Everyone is starting to go to regionalism.  Regionalism when it comes to your 911 services.  The good people of Lorain County support 911 with two levies.  And pretty soon you're going to see that happening here in Lorain County.

      So I'm very proud of our team.  I'm not very happy with how we're being reported.  Misinformation.  Making it look like we turned down 7 and went with 14.  When the real number was 28.  And this Board got $15 million from the state and $13 million from the Feds.  We're not using your general fund folks—general fund money for that.  That's the kind of work this Board does.  And with the heat that we take, we continue to fight and move forward for you, the taxpayer, because you're working and you have a life.  And I know based on the 76 people that usually watch this, you know what, they trust us to do what's right.  So that was my public comment.  Thank you.

*Comments of David J. Moore*, beginning at 1:05, August 15, 2025, available at Commissioners' Board Meeting 8/15/25, available at https://www.youtube.com/watch?v=12po84snil8&t=4381s

26625126.1