Exhibit H



Connect   Faculty/Staff   A-Z Index

Canvas   MyCampus

Getting Started | Academics | Student Resources | Campus Life | Business Services | Community | About

Home > About > News > Lee Armbruster Appointed as New Member of LCCC District Board of Trustees

# Lee Armbruster Appointed as New Member of LCCC District Board of Trustees

Press Release

Posted June 26, 2025

Lee Armbruster, of North Ridgeville, has joined the Lorain County Community College District Board of Trustees. Armbruster was appointed May 20 by the Lorain County Commissioners for a term that runs through May 2030. She was sworn in during the June 26 board meeting.

The nine-member board includes three members appointed by the governor and six who are appointed by the Lorain County Commissioners.

"I am deeply honored to be appointed to the Lorain County Community College Board of Trustees by the Lorain County Commissioners," Armbruster said. "LCCC is a cornerstone of progress in our region, and I'm eager to get started. With a background in education, I understand the transformative power of learning and the importance of access, innovation and community engagement. I look forward to supporting

LCCC's mission to create opportunities for individual success, drive economic growth, and enrich the lives of those we serve."

Armbruster has nearly 20 years of experience in education, serving in teacher and administrative roles, primarily with North Ridgeville City Schools. She currently is the Coordinator of Community Partnerships and Educational Opportunities at North Ridgeville City Schools, where she works to expand learning experiences and career-connected pathways for students. In addition to her work in education, she is vice president of Armbruster Energy Companies.

"I am pleased to welcome Lee Armbruster to the LCCC District Board of Trustees," said LCCC President Marcia J. Ballinger, Ph.D. "Her extensive experience in education and business, combined with her community leadership, will be invaluable to the Board."

Armbruster serves on several boards, including the Lorain County Children Services Board, the North Ridgeville City Schools Supplemental Review Committee and the North Ridgeville Citizens for Better Schools Committee.

Armbruster replaces Margarita Quinones, whose term ended, on the LCCC District Board of Trustees. Additionally, Benjamin Fligner was reappointed by the Lorain County Commissioners to the board for a term that will run through May 2030.