**FCC** Federal Communications Commission

Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People

Click to visit REBOOT.FCC.GOV

Exhibit I

## Site / Frequency / Market Search Results

Table Of Contents

COALS and CDBS data is no longer current and should not be relied upon.

COALS data is available at https://fccprod.servicenowservices.com/coals.

Radio and Television licenses are available from LMS at
https://enterpriseefiling.fcc.gov/dataentry/login.html .

## Site / Frequency / Market Search Results

**Search Criteria:** State = OH, Single Point Location Search: 41 24' 28.8" N 082 04' 32.7" W, Currently Licensed and Pending Facilities

| Universal Licensing System Database - Sites | | | | | | |
|---|---|---|---|---|---|---|
| **Callsign:** WRQV905 | **Licensee:** Agile Network Builders LLC | **Radio Service:** Microwave Industrial/Business Pool (MG) | **City:** Canton, OH | **Status:** Active | **Grant Date:** 05/13/2022 | **Expiration:** 05/13/2032 |
| **Site:** 1 | **Name:** OH093B003 | **Address:** 225 BURNS ROAD | **City:** ELYRIA, OH | **County:** LORAIN | **Coordinates:** 41 24' 28.8" N, 82 4' 32.7" W | |
| **Callsign:** KQJ411 | **Licensee:** AMHERST, CITY OF | **Radio Service:** Public Safety Pool, Conventional (PW) | **City:** AMHERST, OH | **Status:** Active | **Grant Date:** 10/05/2021 | **Expiration:** 11/05/2031 |
| **Site:** 6 | **Address:** 225 BURNS ROAD | | **City:** ELYRIA, OH | **County:** LORAIN | **Coordinates:** 41 24' 28.8" N, 82 4' 32.7" W | |
| **Callsign:** WRFG876 | **Licensee:** AVON, CITY OF | **Radio Service:** Trunked Public Safety 700 MHz (SY) | **City:** AVON, OH | **Status:** Active | **Grant Date:** 02/28/2020 | **Expiration:** 02/28/2030 |
| **Site:** 5 | **Name:** BURNS RD | **Address:** 225 BURNS ROAD | **City:** ELYRIA, OH | **County:** LORAIN | **Coordinates:** 41 24' 28.8" N, 82 4' 32.7" W | |
| **Callsign:** WRUQ649 | **Licensee:** AVON, CITY OF | **Radio Service:** PubSafty/SpecEmer/PubSaftyNtlPlan,806-817/851-862MHz,Trunked (YE) | **City:** AVON, OH | **Status:** Active | **Grant Date:** 09/22/2022 | **Expiration:** 09/22/2032 |
| **Site:** 3 | **Address:** 225 BURNS ROAD | | **City:** ELYRIA, OH | **County:** LORAIN | **Coordinates:** 41 24' 28.8" N, 82 4' 32.7" W | |
| **Callsign:** WQMZ228 | **Licensee:** CARLISLE, TOWNSHIP OF | **Radio Service:** Public Safety Pool, Conventional (PW) | **City:** LAGRANGE, OH | **Status:** Active | **Grant Date:** 11/19/2020 | **Expiration:** 11/15/2030 |
| **Site:** 4 | **Address:** 225 BURNS ROAD | | **City:** ELYRIA, OH | **County:** LORAIN | **Coordinates:** 41 24' 28.8" N, 82 4' 32.7" W | |
| **Callsign:** WROL260 | **Licensee:** Cleveland Communications Inc | **Radio Service:** Microwave Industrial/Business Pool (MG) | **City:** Parma, OH | **Status:** Active | **Grant Date:** 11/01/2021 | **Expiration:** 11/01/2031 |

| Site: 1 | Name: LORAIN COUNT | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WQEK838 | Licensee: EMT INC. | Radio Service: Industrial/Business Pool, Conventional (IG) | City: WELLINGTON, OH | Status: Active | Grant Date: 03/02/2016 | Expiration: 02/23/2026 |

| Site: 3 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Site: 4 | Area of Operation: KMRA around a Fixed Location | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: KQA502 | Licensee: LORAIN, CITY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: LORAIN, OH | Status: Active | Grant Date: 10/20/2022 | Expiration: 01/09/2033 |

| Site: 5 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: KQB217 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 01/07/2025 | Expiration: 03/03/2035 |

| Site: 10 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Site: 11 | Area of Operation: KMRA around a Fixed Location | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WPRF536 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 06/21/2025 | Expiration: 08/29/2035 |

| Site: 6 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WPWB802 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 10/06/2022 | Expiration: 10/07/2032 |

| Site: 6 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Site: 7 | Area of Operation: KMRA around a Fixed Location | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WQBA521 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 07/11/2024 | Expiration: 09/08/2034 |

| Site: 4 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WQKU222 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 09/05/2019 | Expiration: 09/14/2029 |

| Site: 4 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Site: 5 | Area of Operation: KMRA around a Fixed Location | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |

| Callsign: WRCC936 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 08/29/2018 | Expiration: 08/29/2028 |
|---|---|---|---|---|---|---|

| Site: 1 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|

| Callsign: WRJE446 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 08/17/2020 | Expiration: 08/17/2030 |
|---|---|---|---|---|---|---|

| Site: 8 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|

| Callsign: WRPZ575 | Licensee: LORAIN, COUNTY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: ELYRIA, OH | Status: Active | Grant Date: 04/07/2022 | Expiration: 04/07/2032 |
|---|---|---|---|---|---|---|

| Site: 8 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|

| Callsign: WRBN906 | Licensee: LORAIN, COUNTY OF, OHIO | Radio Service: Microwave Public Safety Pool (MW) | City: ELYRIA, OH | Status: Active | Grant Date: 05/10/2018 | Expiration: 05/10/2028 |
|---|---|---|---|---|---|---|

| Site: 1 | Name: BURNS ROAD TOWER | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|---|

| Callsign: WRPF654 | Licensee: LORAIN, COUNTY OF, OHIO | Radio Service: Public Safety 4940-4990 MHz Band (PA) | City: ELYRIA, OH | Status: Active | Grant Date: 01/28/2022 | Expiration: 01/28/2032 |
|---|---|---|---|---|---|---|

| Site: 1 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|

| Callsign: WSII511 | Licensee: LORAIN, COUNTY OF, OHIO | Radio Service: 4940-4990 MHz Public Safety, Pt-to-Pt, Pt-to-Multi-Pt (PF) | City: ELYRIA, OH | Status: Active | Grant Date: 05/19/2025 | Expiration: 05/19/2035 |
|---|---|---|---|---|---|---|

| Site: 1 | Name: BURNS RD TOWER | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|---|

| Callsign: KCZ901 | Licensee: OBERLIN, CITY OF | Radio Service: Public Safety Pool, Conventional (PW) | City: OBERLIN, OH | Status: Active | Grant Date: 09/18/2021 | Expiration: 09/25/2031 |
|---|---|---|---|---|---|---|

| Site: 3 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|

| Callsign: WPQG664 | Licensee: OHIO, STATE OF | Radio Service: PubSafty/SpecEmer/PubSaftyNtlPlan,806-817/851-862MHz,Trunked (YE) | City: COLUMBUS, OH | Status: Active | Grant Date: 05/08/2025 | Expiration: 07/10/2035 |
|---|---|---|---|---|---|---|

| Site: 1 | Name: LORAIN COUNTY 9-1-1 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|---|

| Callsign: WQQN346 | Licensee: OHIO, STATE OF | Radio Service: Trunked Public Safety 700 MHz (SY) | City: COLUMBUS, OH | Status: Active | Grant Date: 12/08/2022 | Expiration: 01/31/2033 |
|---|---|---|---|---|---|---|

| Site: 1 | Name: LORAIN COUNTY 9-1-1 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|---|

| File Number: 0011691308 | Licensee: OHIO, STATE OF | Radio Service: (SY) | City: COLUMBUS, OH | Status: Pending | (New) |
|---|---|---|---|---|---|

| Site: 1 | Name: LORAIN 9-1-1 | Address: 225 BURNS ROAD | City: ELYRIA, OH | County: LORAIN | Coordinates: 41 24' 28.8" N, 82 4' 32.7" W |
|---|---|---|---|---|---|

**Universal Licensing System Site / Frequency Files: 23**

Back to original search

**Help**

If you have suggestions for improvements to this application,
please submit a technical support request or call 877-480-3201.

Federal Communications Commission
445 12th Street SW
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232
E-mail: fccinfo@fcc.gov

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act

FCC General Menu Reports 3.1.14 October 7, 2010

Case: 1:23-cv-01561-CEF  Doc #: 41-9  Filed: 08/25/25  5 of 5.  PageID #: 753



**Department of Administrative Services**

# MARCS Tower Co-Location

The Ohio Multi-Agency Radio Communication System (MARCS) Program Office manages numerous tower sites statewide that provide radio coverage throughout the state that are first and foremost a provider of communications for Ohio first responders.  However, by nature of the locations of the towers and their height, many entities are potential users of any excess capacity available on these towers. Examples of such entities include other public safety/public service agencies, private cellular, broadband, or other wireless providers, and/or private enterprises with wireless radio needs.

To this end, MARCS has policies in place for those parties seeking the ability to co-locate on one of the currently existing MARCS towers. The policies, process, specifications, responsibilities, etc. are below along with a link to the co-location application form.  Please note, the MARCS towers are Class III structures, and therefore may have more requirements and restrictions than other classes of towers.

- MARCS-01 Policy: Use of MARCS Communication Towers, Shelters, and Grounds
- MARCS Tower Site Co-Location Application

The application process requires a structural analysis of the tower (utilizing a Class III rating) with an engineer stamped letter indicating the tower shall hold the current loads, MARCS- design future loads, and the additional requested loads, unless otherwise specified. The cost and time for these studies varies, depending on how recently a structural analysis was done (which you may be able to make some use of), amongst other considerations. A typical timeline is anywhere from 5-8 weeks, with a cost ranging between $2,500 to $8,000, although actual timelines and costs may vary.

If you have any questions regarding the process or anything else regarding co-location on a MARCS tower,