IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND COMMUNICATIONS, INC. | ) Case No. 1:23-cv-1561 |
| | ) |
| | ) JUDGE CHARLES E. FLEMING |
| PLAINTIFF, | ) |
| | ) MAGISTRATE JUDGE JONATHAN |
| v. | ) D. GREENBERG |
| | ) |
| LORAIN COUNTY BOARD OF COMMISSIONERS, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |

## CONSENT DECREE

Plaintiff Cleveland Communications, Inc. ("CCI") filed its Motion for Temporary Restraining Order and Preliminary Injunction on August 25, 2025, (Doc. #41) (the "Motion"), against Defendants Lorain County Board of Commissioners (the "Board"), David J. Moore, Jeffrey Riddell, and Jeffrey Armbruster (collectively, the "Defendants" and all together, the "Parties) seeking to enjoin the termination of a certain tower lease for radio equipment entered on October 20, 2021 (the "Tower Lease"). Defendants opposed the Motion and deny that such relief is appropriate. The Parties fully briefed the Motion.

The Parties have resolved the disputed issue by agreement, the terms of which are memorialized in this binding Consent Decree. In accordance with the agreement of the Parties, and at the Parties' request, the Court makes the following findings.

It is hereby ORDERED, ADJUDGED, AND DECREED:

1

1. The Parties consent to the Court's jurisdiction to enforce this Consent Decree.

2. CCI voluntarily withdraws the Motion for Temporary Restraining Order and Preliminary Injunction.

3. Until and including March 14, 2026 (the "Extension Period"), CCI shall remain a tenant under the Tower Lease and shall continue to pay the Board at the rate of $1,700.00 per month, until October 21, 2025, and then $1,750.00 per month ("Lease Payments"). The Tower Lease shall not extend, and CCI shall not remain on the Tower, beyond March 14, 2026. The Parties shall enjoy all rights and obligations under the Tower Lease not inconsistent with this Consent Decree.

4. Notwithstanding Paragraphs 3 of this Consent Decree or the terms of the Tower Lease, CCI may elect to vacate the Tower Lease with 14 days' written notice to the Board, effective from the date such notice. CCI shall not be liable for any Lease Payments following the conclusion of the 14-day notice period.

5. The Parties will cooperate and act in good faith during the Extension Period. CCI will work as diligently as reasonably possible to relocate its equipment, and the Defendants will not intentionally impede CCI's efforts.

6. Each Party shall pay its own costs and fees related to the Motion.

7. Only the Court may modify this Consent Decree.

8. This Consent Decree resolves CCI's Motion for Temporary Restraining Order and Preliminary Injunction only. The Parties' remaining claims and defenses remain active and pending.

| | |
|---|---|
| CLEVELAND COMMUNICATIONS, INC. | LORAIN COUNTY BOARD OF COMMISSIONERS |
| /s/ *Allen T. Carter*<br>Allen T. Carter (0085393)<br>James D. Curphey (0015832)<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street<br>Columbus, Ohio 43215<br>Phone: 614.227.2000<br>Fax: 614.227.2100<br>Email: acarter@porterwright.com<br>           jcurphey@porterwright.com | DAVID J. MOORE<br><br>JEFFREY RIDDELL<br><br>JEFFREY ARMBRUSTER<br><br>/s/ *Stephen M. Bosak*<br>Ryan M. Gembala (0079431)<br>Scott J. Orille (0069192)<br>Stephen M. Bosak (0092443)<br>Patrick M. Ward (0095420)<br>5455 Detroit Road<br>Sheffield Village, Ohio 44054<br>Tel: (440) 930-4001<br>Fax: (440) 934-7208<br>Email: rgembala@gmpfirm.com<br>           sorille@gmpfirm.com<br>           sbosak@gmpfirm.com<br>           pward@gmpfirm.com |
| Edmund W. Searby (0067455)<br>McDaniel M. Kelly (0097628)<br>Porter Wright Morris & Arthur LLP<br>950 Main Avenue, Suite 500<br>Cleveland, Ohio 44113-7201<br>Email: esearby@porterwright.com<br>           mkelly@porterwright.com | *Counsel for Defendants* |
| Dean DePiero (0063629)<br>DEPIERO LAW<br>5546 Pearl Road<br>Parma, Ohio 44129<br>Phone: 440-884-2400<br>Email: DEPIEROLAW@gmail.com<br>*Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**Charles Esque Fleming
United States District Judge**

**Date: September 17, 2025**

3