**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND COMMUNICATIONS, INC., | ) | CASE NO. 1:23-cv-1561 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| LORAIN COUNTY BOARD OF | ) | **OPINION AND ORDER** |
| COMMISSIONERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On March 5, 2026, Plaintiff Cleveland Communications, Inc. ("CCI") filed a motion to modify the Consent Decree (ECF No. 56) entered on September 17, 2025.  (ECF No. 66).  On March 20, 2026, the Court entered an order denying modification of the Consent Decree.  (ECF No. 73).  The same day, CCI filed an appeal with the U.S. Court of Appeals for the Sixth Circuit challenging the Court's denial.  (ECF No. 74).

Currently before the Court is the parties' Joint Motion for Indicative Ruling ("Ruling Motion") (ECF No. 81).  The parties have agreed to modify the Consent Decree and now request that the Court issue an indicative ruling pursuant to Fed. R. Civ. P. 62.1(a)(3) confirming that it will modify the Consent Decree consistent with the parties Proposed Amended Consent Decree (ECF No. 81-1) after a formal remand by the Sixth Circuit.  (*Id.* at PageID #1231–33).

Federal Rule of Civil Procedure 62.1 provides that if a court lacks authority to grant a timely motion for relief because an appeal has been docketed and is pending, the court may: "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a).  Having considered the record, the Court **GRANTS** the Ruling Motion (ECF No. 81) and agrees that if the case is remanded to it by the Court of Appeals for the

1

Sixth Circuit, it will issue the Proposed Amended Consent Decree consistent with the parties' settlement of the appeal.

**IT IS SO ORDERED.**

Date: April 30, 2026

*s/Charles E. Fleming*

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**