**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND COMMUNICATIONS, INC., | ) | CASE NO.  1:23-cv-1561 |
| | ) | |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| LORAIN COUNTY BOARD OF | ) | |
| COMMISSIONERS, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**AMENDED CONSENT DECREE**</u>

By agreement of the Parties, and upon approval of this Court, a Consent Decree was issued on September 17, 2025, concerning a dispute regarding the termination of a certain tower lease for radio equipment entered on October 20, 2021 (the "Tower Lease").  (ECF Doc. 56.)  On March 5, 2026, Plaintiff Cleveland Communications, Inc. ("CCI") filed a Motion to Modify Consent Decree (ECF Doc. 66). After full briefing, the Court denied CCI's Motion.  (ECF Doc. 73.)  CCI appealed. (ECF Doc. 74.)  The Parties have resolved the Appeal by agreement, the terms of which are memorialized in this Amended Consent Decree.

IT IS HEREBY ORDEED AND DECREED THAT:

1.     The Parties consent to the Court's jurisdiction to enforce this Consent Decree.

2.     The County Defendants agree CCI's communication equipment can remain on the County's tower located at 255 Burns Road, Elyria, Ohio (the "Burns Tower") under June 15, 2026, under the following circumstances:

3. If CCI's communication equipment is still on the Burns Tower on June 16, CCI agrees to pay $750 per day calculated starting on March 15, 2026, through June 15, 2026. The total to be paid would be $69,750 which calculates $750 per day for 93 days.

4. Starting on June 16 and continuing until the equipment is removed, CCI agrees to pay $1,500 per day.

5. CCI agrees to provide an inventory of the communications equipment subject to this agreement.

6. On June 16, 2026, if CCI's equipment is still on the Burns Tower, CCI and the County agree that the County may exercise a self-help option to remove CCI's equipment provided that the County provides CCI with 14 days' written notice. During the 14-day notice period, the County shall grant CCI chaperoned access to the Burns Tower upon reasonable notice to remove its equipment. If CCI does not remove its equipment during the 14-day notice period, CCI agrees to hold the County harmless against any unintentional damage to CCI's equipment or system as a result of the County's actions to remove the equipment in accordance with this term.  Before such removal, the County will notify CCI of the date and time removal is scheduled and allows CCI access to observe the removal and collect the equipment upon removal. If CCI fails to remove its equipment from the Burns Tower under this provision, the County's actions to remove the equipment will be at CCI's cost, and CCI will reimburse the County for all reasonable costs to remove the equipment. In

this phase, the County and or its contractor will remove CCI's equipment following acceptable industry practices.

7.     CCI agrees to waive any attempt to modify this agreement, including injunctive relief.

8.     The County agrees not to seek further sanctions against CCI for extending beyond March 14, 2026 except for those set forth under this settlement.

CLEVELAND COMMUNICATIONS, INC.

/s/ McDaniel M. Kelly
Edmund W. Searby (0067455)
     Counsel of Record
McDaniel M. Kelly (0097628)
Porter Wright Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-7201
Email: esearby@porterwright.com
     mkelly@porterwright.com

Dean DePiero (0063629)
DEPIERO LAW 5546 Pearl Road
Parma, Ohio 44129
Phone: 440-884-2400
Email: DEPIEROLAW@gmail.com

LORAIN   COUNTY   BOARD   OF
COMMISSONERS

DAVID J. MOORE

JEFFREY RIDDELL

JEFFREY ARMBRUSTER

/s/
Ryan M. Gembala (0079431)
Scott J. Orille (0069192)
Stephen M. Bosak, Jr. (0092443)
Patrick M. Ward (0095420)
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel: (440) 930-4001
Fax: (440) 934-7208
Email: rgembala@gmpfirm.com
     sorille@gmpfirm.com
     sbosak@gmpfirm.com
     pward@gmpfirm.com

**IT IS SO ORDERED.**

**Charles Esque Fleming**
**United States District Judge**

**Dated:**  5/6/2026

3

27574992.5